# United States District Court
## Violation Notice

EV47

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 5049155 | Jenkins | 1354 |

5049155

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10-01-2015 2120 | 32CFR1903.3 46.2 |

Place of Offense: GBCI Gate 3 Inbound

Offense Description: Factual Basis for Charge — HAZMAT ☐

Driving the wrong way on a one way street

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gordon | Ayana | C |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9BZ7232 | Md | 14 | Hyundai | | Sil |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 115 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Square, Alexandria, VA 22314

Date: 12-10-2015
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy
(Rev. 01/2011)

CVB SCAN NOV 17, 2015 14:28

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 1, 20 15 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed a silver 2014 Hyundai bearing Maryland tags 9BZ7232 coming inbound toward Gate 3 make an illegal U-turn and head outbound on an inbound lane GBCI Primary Jurisdiction Langley, Va. I activated my Emergency equipment to make a traffic stop. I managed to get the vehicle to stop on the Bridge over the George Washington Parkway. Upon approaching the car I noticed a very strong smell of marijuana coming from the car. The driver identified by Maryland DL as Ayana Gordon was compliant and a criminal history was done with no wants no warrants.

The foregoing statement is based upon:

☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-01-2015   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.   PASS = 9 or more passenger vehicle.
CDL = Commercial driver's license.   CMV = Commercial vehicle involved in incident.

CVB SCAN NOV 17, 2015 14:28